**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Ismael Padilla, | Case No. 2:23-cv-01511-GMN-BNW |
| Plaintiff, | |
| v. | **Report and Recommendation** |
| Second Circuit Court of Appeals, | |
| Defendants. | |

Before the Court is Plaintiff's motion for injunctive relief. ECF No. 23. As this Court has explained to Plaintiff in previous orders, before any other action can be taken in this case, Plaintiff must submit a complete application to proceed *in forma pauperis* (which includes a current six-month history of his trust account) or pay the $405 filing fee. ECF Nos. 5, 7, 12, 15, 22.

Despite these orders, Plaintiff has filed a request for an injunction. First the Court notes that his motion is not legible. In any event, even if the motion were legible, this Court has not would be able to grant the request as it cannot determine (at this juncture) whether Plaintiff has a likelihood of success on the merits. *Winter v. Nat. Res. Def. Council, Inc.*, 129 S. Ct. 365, 374 (2008) (explaining courts must consider the following factors when determining whether to rant injunctive relief: (1) he is likely to succeed on the merits; (2) he is likely to suffer irreparable harm in the absence of an injunction; (3) the balance of hardships tips in his favor; and (4) an injunction is in the public interest). As explained before, this Court still needs to screen his

//

//

//

complaint and determine whether his allegations state a claim for relief. For all of these reasons,

this Court recommends that the motion be denied.


**IT IS RECOMMENDED** that Plaintiff's motion for injunctive relief be denied.

**IT IS FURTHER ORDERED** that any objection to this recommendation is due within

14 days of being served with this order.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to submit a compete *in forma*

*pauperis* application is April 22, 2024. ECF No. 20. Should Plaintiff not file the complete

application or pay the filing fee, this Court may recommend that this case be dismissed.

### NOTICE

This report and recommendation is submitted to the United States district judge

assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and

recommendation may file a written objection supported by points and authorities within fourteen

days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a

timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951

F.2d 1153, 1157 (9th Cir. 1991).


DATED: April 4, 2024.


_____
Brenda Weksler
United States Magistrate Judge